# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Chester C. Graham,<br><br>        Plaintiff,<br><br>vs.<br><br>Marketing Labs, L.L.C.,<br>d/b/a DirectLoanTransfer,<br>d/b/a DirectLoanTransferLegit,<br>d/b/a SameDayPaydayLoans,<br>d/b/a PaydayLoansOnline,<br>d/b/a MidweekPay,<br><br>        Defendant. | Court File No.: 0:19-CV-01771 (DWF/TNL)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Chester C. Graham, that all claims asserted in the above-captioned litigation, including all claims for attorneys' fees, against Defendant Marketing Labs LLC, d/b/a DirectLoanTransfer, d/b/a DirectLoanTransferLegit, d/b/a SameDayPaydayLoans, d/b/a PaydayLoansOnline, d/b/a MidweekPay, shall be, and the same are hereby, dismissed with prejudice and on the merits, and without further costs, disbursement and/or attorneys' fees to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that the Court may forthwith enter immediate judgment of dismissal pursuant to Federal Rule of Civil Procedure 54(b) on Plaintiff's claims against Defendant with prejudice and on the merits, and without costs or disbursements.

Dated: 9/21/2019           By: *Chester C. Graham*
                               Chester C. Graham
                               Park Ridge #214
                               905 Forest Avenue
                               Northfield, MN 55057
                               Telephone: (507) 403-9014
                               chester474@gmail.com


                               **MEAGHER & GEER, P.L.L.P.**

Dated: September 18, 2019  By: *s/Nicholas J. O'Connell*
                               Nicholas J. O'Connell (#340832)
                               33 South Sixth Street, Suite 4400
                               Minneapolis, MN  55402
                               Telephone:  (612) 338-0661
                               Facsimile:  (612) 338-8384
                               noconnell@meagher.com

                               ***Attorneys for Defendant Marketing Labs LLC***

13037703.1

2