## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Chester C. Graham,           Civil No. 19-1771 (DWF/TNL)

       Plaintiff,

v.           **ORDER FOR DISMISSAL WITH PREJUDICE**

Marketing Labs, L.L.C.,
d/b/a DirectLoanTransfer,
d/b/a DirectLoanTransferLegit,
d/b/a SameDayPaydayLoans,
d/b/a PaydayLoansOnline,
d/b/a MidweekPay,

       Defendant.

Based upon the Stipulation of Dismissal With Prejudice filed by the parties on September 27, 2019, (Doc. No. [9]),

**IT IS ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** and without costs, disbursements and/or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 30, 2019          s/Donovan W. Frank
                                                   DONOVAN W. FRANK
                                                   United States District Judge