## UNITED STATES DISTRICT COURT
### District of Minnesota

Chester C. Graham

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.  Case Number: 19cv1771 DWF/TNL

Marketing Labs, L.L.C.

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is hereby DISMISSED WITH PREJUDICE and without costs, disbursements and/or attorneys' fees to any party.

Date: 10/1/2019

KATE M. FOGARTY, CLERK

s/M. Giorgini

(By)  M. Giorgini, Deputy Clerk